# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 05-1009

———————

In re:  Mary Jo Hixon,

                Debtor,

---------------------------------------------

Fred C. Moon,

                Appellant,

       v.

Mark R. Anderson; Mary Jo Hixon,

                Appellees.

Appeal from the United States
Bankruptcy Appellate Panel
for the Eighth Circuit.

[UNPUBLISHED]

———————

Submitted: October 14, 2005
Filed:  October 31, 2005

———————

Before LOKEN, Chief Judge, LAY, and BENTON, Circuit Judges.

———————

PER CURIAM.

Bankruptcy trustee Fred C. Moon appeals from the decision of the Bankruptcy Appellate Panel for the Eighth Circuit affirming the bankruptcy court's[1] ruling that the transfer of Mark R. Anderson's home to the Mary Jo Hixon Trust was void and that the property was not, therefore, an asset of the Mary Jo Hixon bankruptcy estate.

---

[1]The Honorable Arthur B. Federman, Chief Judge of the United States Bankruptcy Court for the Western District of Missouri.

*Moon v. Anderson (In re Hixon)*, 317 B.R. 771 (B.A.P. 8th Cir. 2004). On appeal, we review the bankruptcy court's factual findings for clear error and its conclusions of law de novo. *Drewes v. Vote (In re Vote)*, 276 F.3d 1024, 1026 (8th Cir. 2002). Having carefully reviewed the record and applicable law, we conclude the bankruptcy court did not clearly err in its findings of fact and did not err in its conclusions of law. We therefore affirm for the reasons stated by the bankruptcy appellate panel.

<u>See</u> 8th Cir. Rule 47B.

_____